UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREGORY BAILEY, on behalf of
himself and all others similarly
situated,

    Plaintiff,

v.                                          CASE NO. 2:11-cv-357-FtM-99SPC

GULF COAST HEALTHCARE
SYSTEMS, INC., and RUDOLPH
JONES,

    Defendants.
_____/

**ORDER**

The parties move (Doc. 23) for approval of the settlement agreement in this action under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). On July 10, 2012, the Magistrate Judge issued a report and recommendation (Doc. 24) on the "Joint Motion for Approval of Proposed Settlement Agreement" (Doc. 23). At a July 12, 2012, telephone conference the parties waived the fourteen-days within which to object to the report and recommendation.

Accordingly, upon consideration of the parties' filings and the magistrate judge's report and recommendation, the report and recommendation (Doc. 24) is

adopted. Because the settlement constitutes a fair and reasonable resolution of a bona fide FLSA dispute, the motion is **GRANTED**, and the settlement agreement (Doc. 23-1) is **APPROVED**. *Dees v. Hydradry, Inc.*, 706 F. Supp. 2d 1227 (M.D. Fla. 2010). The action is **DISMISSED WITH PREJUDICE** and the Clerk is directed to close the case.

ORDERED in Tampa, Florida, on July 12, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE